

# NUMBER 13-24-00499-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JESUS TREVINO MONCAYO JR.,                                        Appellant,

v.

MARICELA MONCAYO MARROQUIN,                                       Appellee.

## ON APPEAL FROM THE 206TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Longoria, Tijerina, and Peña**
**Memorandum Opinion by Justice Tijerina**

This matter is before the Court on its own motion. On October 18, 2024, appellant filed a notice of appeal identifying two orders which he wishes to appeal. Accordingly, the Clerk of the Court opened two appellate cases, specifically the case now before the Court and 13-24-00498-CV. Upon review of the matter, the appeal should have been entered under one single cause number.

To resolve this procedural error, this cause number is hereby dismissed with no costs assessed. The Clerk of the Court shall cause the clerk's record and all other items contained in this cause number, which have not been previously entered in cause number 13-24-00498-CV, to be consolidated into that matter. Finally, this opinion is not intended to reach the merits of the case, as the appeal of the two orders identified in appellant's notice of appeal remains pending under cause number 13-24-00498-CV. Having dismissed the appeal, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
21st day of November, 2024.